|   |   |
|---|---|
| 1 | REHM & ROGARI |
|   | Ralph Rogari (SBN 139422) |
| 2 | 12121 Wilshire Blvd., Ste. 1103 |
|   | Los Angeles, CA 90025 |
| 3 | Tel: (310) 207–0059 |
|   | Fax: (310) 207-2780 |

JS - 6

MARY LEE (SBN 177085)
3250 Wilshire Blvd. Ste 907
Los Angeles, CA 90010
Tel: (213) 383-9083
Fax: (213) 383-9084

Attorneys for Plaintiff
OPTIONAL CAPITAL, INC.

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| OPTIONAL CAPITAL, INC., a Korean corporation, | ) ) | CASE NO: CV04-3866 ABC (PLAx) |
|---|---|---|
| Plaintiff, | ) ) | JUDGMENT |
| vs. | ) ) |   |
| KYUNG JOON KIM, an individual, also known as KJ KIM, CHRISTOPHER KIM and CHRIS KIM; BORA LEE, an individual; ERICA MIHAE KIM, an individual, also known as ERICA KIM; FIRST STEPHORA AVE., INC. a CA Corp.; ALEXANDRIA INVESTMENT, L.L.C., a CA Limited Liability Company | ) ) ) ) ) ) ) ) ) |   |
| Defendants. | ) |   |
| _____ | ) |   |

This action came on regularly for trial, the Honorable United States District Court Judge Audrey B. Collins, presiding. Following the close of the evidence, the jury rendered its verdict in favor of Plaintiff Optional Capital, Inc. and against defendants as follows:

    1.    Kyung Joon Kim, also known as Christopher Kim and KJ Kim, Erica Kim, Bora Lee, First Stephora Avenue, Inc., and Alexandria Investment L.L.C. are jointly and severally liable for fraud by

|   |   |   |
|---|---|---|
| 1 |   | intentional misrepresentation in the amount of $15,500,000.00. |
| 2 |   | (15.5 million U.S. dollars); |
| 3 | 2. | Kyung Joon Kim also known as Christopher Kim and KJ Kim, Erica |
| 4 |   | Kim, Bora Lee, First Stephora Avenue, Inc., and Alexandria |
| 5 |   | Investment L.L.C. are jointly and severally liable for fraud by |
| 6 |   | concealment in the amount of $15,500,000.00. |
| 7 |   | ($15.5 million U.S. dollars); |
| 8 | 3. | Kyung Joon Kim also known as Christopher Kim and KJ Kim, Erica |
| 9 |   | Kim, Bora Lee, First Stephora Avenue, Inc., and Alexandria |
| 10 |   | Investment L.L.C. are jointly and severally liable for conversion in |
| 11 |   | the amount of 37.1 billion Korean won. |

The jury also found by clear and convincing evidence that Defendants Kyung Joon Kim also known as Christopher Kim and KJ Kim, Erica Kim, Bora Lee, First Stephora Avenue, Inc., and Alexandria Investment L.L.C., and each of them, acted with malice, oppression, or fraud in committing the fraud and conversion.

THEREFORE, this Court hereby issues its Judgment as follows:

IT IS ORDERED, ADJUDGED, AND DECREED that Kyung Joon Kim, also known as Christopher Kim and KJ Kim, Erica Kim, Bora Lee, First Stephora Avenue, Inc., and Alexandria Investment L.L.C. , and each of them, shall pay Plaintiff Optional Capital, Inc. $31,000,000.00 (31 million United States dollars) and 37.1 billion Korean won in compensatory damages.

DATED:  February 19, 2008

_____
Honorable Audrey B. Collins
United States District Court Judge