LAW OFFICE OF ERIC HONIG
Eric Honig - CA Bar No. 140765
P.O. Box 10327
Marina del Rey, CA 90295
Telephone:  (310) 314-2603
Fax:  (310) 314-2793

Attorney for Defendants Erica M. Kim, Christopher Kim,
Bora Lee, First Stephora Avenue, Inc., and Alexandria
Investments, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| OPTIONAL CAPITAL, INC., a Korean corporation, formerly known as OPTIONAL VENTURES, <br><br>         Plaintiff, <br><br>     v. <br><br> KYUNG JOON KIM, an individual, also known as KJ KIM, CHRISTOPHER KIM and CHRIS KIM; BORA LEE, an individual; ERICA MIHAE KIM, an individual, also known as ERICA KIM; et als, <br><br>         Defendants. <br> _____ | **CASE NO: CV 04- 3866 ABC (PLA)** <br><br> **[Hon. Audrey B. Collins]** <br><br><br><br> **[PROPOSED]** <br> **FINAL JUDGMENT FOR DEFENDANTS** |

On May 29, 2008, this Court entered Judgment as a Matter of Law in favor of the Defendants Erica M. Kim, Christopher Kim, Bora Lee, First Stephora Avenue, Inc., and Alexandria Investments, LLC and against Plaintiff Optional Capital, Inc.  All other defendants previously had been dismissed. Accordingly,

IT IS ORDERED that final judgment is hereby entered in this case as to all causes of action and claims for relief in the Complaint in favor of Defendants Erica M. Kim, Christopher Kim, Bora Lee, First Stephora Avenue, Inc., and Alexandria Investments, LLC, and against Plaintiff Optional Capital, Inc;

1       IT IS FURTHER ORDERED that Plaintiff shall take nothing from

2   Defendants;

3       IT IS FURTHER ORDERED that Defendants, as the prevailing parties, are

4   hereby entitled to payment of their costs by the Plaintiff pursuant to Fed.R.Civ.P.

5   54(d)(1).

6

7   DATED:    June 11, 2008    _____

8       UNITED STATES DISTRICT JUDGE

9

10

11

    Presented by:

12  LAW OFFICE OF ERIC HONIG

13

14  /s/

15  _____

16  ERIC HONIG
    Attorney for Defendants

17

18

19

20

21

22

23

24

25

26

27

28