1  REHM & ROGARI
   Ralph Rogari (SBN 139422)
2  12121 Wilshire Blvd., Ste. 600
   Los Angeles, CA 90025
3  Tel: (310) 207–0059
   Fax: (310) 207-2780
4
   Mary Lee (SBN 177085)
5  Law Offices of Mary Lee
   3250 Wilshire Blvd. Suite 900
6  Los Angeles, CA 90010
   Tel:  (213) 383-9083
7  Fax: (213) 383-8339

8  Attorneys for *Claimant*
   OPTIONAL CAPITAL, INC.
9

10               **UNITED STATES DISTRICT COURT**

11         **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

12

13  OPTIONAL CAPITAL, INC., a          )   NO: CV 04- 3866 ABC(PLAX)
    Korean Corporation                 )
14                                      )   ~~PROPOSED~~
                                        )
15            Plaintiff                 )   AMENDED JUDGMENT
    vs.                                 )
16                                      )
    KYUNG JOON KIM, an individual,      )
17  also known as Christopher Kim and   )
    KJ Kim, ERICA KIM, an individual,   )
18  FIRST STEPHORA AVENUE, INC.         )
    a California corp. , ALEXANDRIA     )
19  INVESTMENT, L.L.C. a CA limited     )
    liability company.                  )
20                                      )
            Defendants.                 )
21  _____    )

22        This action came on regularly for trial, the Honorable United States District

23  Court Judge Audrey Collins, presiding.  Following the close of the evidence, the

24  jury rendered its special verdict in favor of Plaintiff, Optional Capital, Inc. on

25  February 4, 2008.

26        On February 19, 2008, consistent with the special verdict of the jury, the

27  District Court entered Judgment in favor of Plaintiff, Optional Capital, Inc. on

28  claims for fraud and conversion.

1        On motion of the defendants, the District Court subsequently set aside that

2   judgment and verdict.  Appeal was taken to the Ninth Circuit Court of Appeal.  By

3   memorandum decision filed January 4, 2011, the Ninth Circuit Court of Appeal,

4   in case number 08-56285, directed that the jury verdict for conversion be

5   reinstated.

6        With respect to conversion, the jury rendered its verdict in favor of

7   Plaintiff, Optional Capital, Inc., and against defendants as follows:

8        Kyung Joon Kim, also known as Christopher Kim and KJ Kim, Erica Kim,

9        Bora Lee, First Stephora Avenue Inc. and Alexandria Investment L.L.C.

10       are jointly and severally liable for conversion in the amount of 37.1 billion

11       Korean Won.

12  The jury also found by clear and convincing evidence that:

13       Defendants Kyung Joon Kim, also known as Christopher Kim and KJ Kim,

14       Erica Kim, Bora Lee, First Stephora Avenue Inc. and Alexandria

15       Investment L.L.C., and each of them, acted with malice, oppression, or

16       fraud in committing the conversion.

17

18       THEREFORE, this Court hereby reinstates and amends its Judgment as

19  follows:

20       IT IS ORDERED, ADJUDGED AND DECREED that Kyung Joon Kim,

21  also known as Christopher Kim and KJ Kim, Erica Kim, Bora Lee, First Stephora

22  Avenue Inc. and Alexandria Investment L.L.C.  and each of them shall pay

23  Plaintiff, Optional Capital, Inc. 37.1 billion Korean Won (Won

24  37,100,000,000.00) in compensatory damages, plus interest at the legal rate,

25  according to law.

26

27  Dated: February 7, 2011

                                       _____

28                                       Honorable Audrey B. Collins,
                                     United States District Court Judge